In the Matter of EDWARD A. FLECKENSTEIN, an attorney at law.

For the order: *Mr. James F. McGovern, Jr.*

For the respondent: *Mr. Edward A. Fleckenstein, pro se.*

January 10, 1961. Respondent suspended until the further order of the court. Opinion reported at 34 *N. J.* 20.

In the Matter of NORMAN H. SAMUELS, an attorney at law.

For the order: *Mr. Abram A. Lebson.*

For the respondent: *Mr. Norman H. Samuels, pro se.*

October 24, 1960. Respondent reprimanded. Opinion reported at 33 *N. J.* 321.